1 | CHARLES J. McKEE  (#152458)
County Counsel
2 | FRANK G. TIESEN  (#041147)
Deputy County Counsel
3 | Office of the County Counsel
County of Monterey
4 | 168 West Alisal Street, Third Floor
Salinas, California  93901-2680
5 |
Telephone:  (831) 755-5045
6 | Facsimile:    (831) 755-5283
E-mail:  tiesenf@co.monterey.ca.us
7 |
Attorneys for Respondent
8 | COUNTY OF MONTEREY

9 |                **UNITED STATES DISTRICT COURT**

10 |            **NORTHERN DISTRICT OF CALIFORNIA**        *E-FILED - 7/6/06*

11 |

12 | STOTT OUTDOOR ADVERTISING, a          Case No. 5:06-cv-00891-RMW
California general partnership,
13 |                                       **STIPULATION FOR EXTENSION
                     Petitioner,          OF TIME ON ORDER SETTING
14 |                                       INITIAL CASE MANAGEMENT
           v.                             CONFERENCE AND ADR
15 |                                       DEADLINES [Civil L.R. 6-1(b)]**
COUNTY OF MONTEREY, a political
16 | subdivision of the State of California,
and
17 | DOES 1-100, inclusive,

18 |                     Respondents
_____/

19 |

20 |                          **RECITALS**

21 |        Frank G. Tiesen, attorney for Respondent COUNTY OF MONTEREY, has filed and served a

22 | Declaration noticing his Leave for Medical Purposes and unavailability for participation in Court

23 | Procedures during the period from May 19, 2006 through July 11, 2006.  Although preliminary

24 | discussions have occurred between Frank G. Tiesen and Gary S. Mobley, attorney for Petitioner

25 | STOTT OUTDOOR ADVERTISING, and reasonable progress has been made in attempting to resolve

26 | conflicts and simplify the legal procedures, final decisions have not been made and because of Frank

1   G. Tiesen contemplated unavailability, certain deadlines established by the Court cannot be met. If

2   an extension of approximately 30 days as to each deadline is allowed, it is reasonable to believe that

3   substantially all of the necessary tasks can be completed.

4                                        **STIPULATION**

5        It is stipulated by Gary S. Mobley, attorney for Petitioner STOTT OUTDOOR ADVERTISING,

6   a California general partnership, and by Frank G. Tiesen, attorney for Respondent COUNTY OF

7   MONTEREY, that the times set forth on the ORDER SETTING INITIAL CASE MANAGEMENT

8   CONFERENCE AND ADR DEADLINES for the following deadlines may be extended to the

9   following dates:

10                 **CASE SCHEDULE - ADR MULTI-OPTION PROGRAM**

| Date | Event | Governing Rule |
|------|-------|----------------|
| 7/23/206 | Last day to: | FRCivP 26(f) and ADR L.R 3-5 |
| | meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | |
| | file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 8/11/06 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report | FRCivP 26(a) (1) Civil L.R. 16-9 |
| 8/18/06 | CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 6, 4th Floor, SJ at 10:30 AM | Civil L.R. 16-10 |

23   ///

24   ///

25   ///

26   ///

1

Respectfully submitted,

2   DATED:  May 26, 2006.

GARY S. MOBLEY
3                                                                              A PROFESSIONAL CORPORATION

4

By: _____
5                                                                              GARY S. MOBLEY

6                                                                              Attorney for Petitioner
STOTT OUTDOOR ADVERTISING
7

8
DATED:   May 19, 2006.
9                                                                              OFFICE OF THE COUNTY COUNSEL
CHARLES J. McKEE
10                                                                            County Counsel

11

By: _____
12                                                                            FRANK G. TIESEN
Deputy County Counsel
13
Attorneys for Respondent
14                                                                            COUNTY OF MONTEREY

15
**ORDER**
16
Good cause appearing, the foregoing extensions are approved.
17

18          July
DATED:  May _6_, 2006.                           /s/ Ronald M. Whyte
19                                                                            RONALD M. WHYTE
District Court Judge
20

21

22   F:\WPWIN60\TXT\LIT\500\STOTT-Federal\Stip-deadlines-ext.wpd

23

24

25

26

*STOTT OUTDOOR ADVERTISING v. COUNTY OF MONTEREY*                      CASE NO.:  5:06-cv-00891-RMW

Stipulation for Extension Of Time on Order Setting Initial Case Management Conference and ADR Deadlines [Civil L.r. 6-1(b)]                      Page 3