*E-filed 1/8/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STOTT OUTDOOR ADVERTISING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF MONTEREY, et al.<br><br>　　　　Defendants. | No. C06-00891 RMW (HRL)<br><br>**ORDER CONTINUING HEARING ON MOTION FOR PROTECTIVE ORDER**<br><br>Re: Docket No. 34 |

　　The hearing on plaintiff's motion for a protective order, currently set for January 23, 2007 at 10 AM, is hereby continued to January 30, 2007, at 10 AM in Courtroom 2. Any reply in support of the motion remains due to be filed by January 9, 2007.

**IT IS SO ORDERED.**

Dated: 1/8/07　　　　　　　　　　　　　　　　　　　/s/ Howard R. Lloyd
　　　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

3  Gary Stephen Mobley gmobley@gsmpc.com, assistant@gsmpc.com

4  Frank G. Tiesen tiesenf@co.monterey.ca.us, coatsir@co.monterey.ca.us; zazuetac@co.monterey.ca.us

7  * Counsel are responsible for providing copies of this order to co-counsel.

8  Date:    1/8/07                              /s/ JMM
                                          Chambers of Magistrate Judge Howard R. Lloyd