1  GARY S. MOBLEY (#71984)
   GARY S. MOBLEY, A PROFESSIONAL
2   CORPORATION
   2030 Main Street, Suite 1050
3  Irvine, CA 92614-6232
   (949) 955-1010
4  (949) 955-1125 (fax)
   E-mail: gmobley@gsmpc.com
5
   Attorneys for Plaintiff                              ***E-FILED - 4/19/07***
6  STOTT OUTDOOR ADVERTISING

7

8                    **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11 STOTT OUTDOOR ADVERTISING, a ) Case No. C-06-00891 RMW
   California general partnership,       )
12                                        ) **STIPULATION   CONTINUING**
                        Plaintiff,        ) **HEARING   ON   CROSS-MOTIONS**
13                                        ) **FOR SUMMARY JUDGMENT; AND**
                v.                        ) **[] ORDER THEREON**
14                                        )
   COUNTY OF MONTEREY, a political )
15 subdivision of the State of California,) NEW DATE: June 15, 2007
                                          ) OLD DATE: May 18, 2007
16                      Defendant.        ) TIME:        9:00 a.m.
   _____) CTRM:        Hon. Ronald M. Whyte
17

18         In the Case Management Conference Order in this action, the Court set a hearing date on

19 cross-motions for summary judgment for May 18, 2007.

20         Plaintiff STOTT OUTDOOR ADVERTISING ("Stott Outdoor") and Defendant

21 COUNTY OF MONTEREY ("County"), by and through their attorneys of record, hereby

22 stipulate and request that the Court continue the hearing on the Cross-Motions for Summary

23 Judgment for a period of four weeks to June 15, 2007, at 9:00 a.m.

24         Good cause exists for this continuance in that Defendant recently associated in new

25 counsel in this case, and additional time is needed for new counsel to become familiar with the

26 issues in this case.  In addition, both parties believe that they could benefit from a short

27 continuance of the hearing date to further organize and present their arguments in the summary

28 judgment motions in a concise fashion.

                                                                    _____
                                                                    Stipulation Continuing
                                                                    Hearing on Cross-MSJs, etc.

1     This requested continuance is not expected to affect the other pre-trial deadlines
2 established by the Court in this case since trial is not scheduled until October 15, 2007.
3     This is the parties' first request for a continuance, and it is not anticipated that any further
4 continuance will be necessary.
5     Based on the foregoing, the parties request that this continuance be granted.

                                            GARY S. MOBLEY
                                            A Professional Corporation

9 DATED: April 12, 2007         By: /S/_____
                                            Gary S. Mobley
                                            Attorneys for Plaintiff
                                            STOTT OUTDOOR ADVERTISING

                                            OFFICE OF THE COUNTY COUNSEL
                                            CHARLES J. McKEE
                                            County Counsel

15 DATED: April 12, 2007         By:/S/_____
                                            Frank G. Tiesen, Deputy County Counsel
                                            Attorneys for Defendant
                                            COUNTY OF MONTEREY

**ORDER**

Having reviewed the foregoing stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing date on the Cross-Motions for Summary Judgment shall be and is hereby continued to June 15, 2007, at 9:00 a.m.

Dated:  April 19, 2007

*Ronald M. Whyte*
_____
Hon. Ronald M. Whyte, Judge
United States District Court