1   GARY S. MOBLEY (#71984)
    GARY S. MOBLEY, A PROFESSIONAL
2     CORPORATION
    2030 Main Street, Suite 1050
3   Irvine, CA  92614-6232
    (949) 955-1010
4   (949) 955-1125 (fax)
    E-mail: gmobley@gsmpc.com
5
    Attorneys for Plaintiff
6   STOTT OUTDOOR ADVERTISING

7                                                          *E-FILED - 6/27/07*

8                   UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11  STOTT   OUTDOOR   ADVERTISING,   a )   Case No. C-06-00891 RMW
    California general partnership,                )
12                                                 )   STIPULATION   CONTINUING
                                  Plaintiff,       )   HEARING   ON   CROSS-MOTIONS
13                                                 )   FOR SUMMARY JUDGMENT; AND
            v.                                     )   [PROPOSED] ORDER THEREON
14                                                 )
    COUNTY   OF   MONTEREY,   a   political )
15  subdivision of the State of California,        )   NEW DATE: August 10, 2007
                                                   )   OLD DATE: July 13, 2007
16                                Defendant.        )   TIME:          9:00 a.m.
    _____ )   CTRM:      Hon. Ronald M. Whyte
17

18          Plaintiff STOTT OUTDOOR ADVERTISING ("Stott Outdoor") and Defendant

19  COUNTY OF MONTEREY ("County"), by and through their attorneys of record, hereby

20  stipulate and request that the Court continue the hearing on the Cross-Motions for Summary

21  Judgment, while currently scheduled for July 13, 2007, to August 10, 2007, at 9:00 a.m.

22          Good cause exists for this continuance in that Plaintiff's counsel is unavailable to file

23  opposition to Defendant's Summary Judgment Motion by the current due date because he will

24  be out of the country on a pre-paid vacation commencing June 17, 2007.

25          The parties had a misunderstanding concerning the scheduling of these summary

26  judgment motions.   Accordingly, the within stipulation is intended to set the hearing

27  / / /

28  / / /

                                                   _____
                                                   Stipulation Continuing
                                                   Hearing on Cross-MSJs, etc.

1  on a date that will allow the parties to fully brief the important issues raised by these motions.

2

3  GARY S. MOBLEY
   A Professional Corporation

4

5  DATED: June 12, 2007        By: /S/
                                   Gary S. Mobley
6                                  Attorneys for Plaintiff
                                   STOTT OUTDOOR ADVERTISING
7

8                               OFFICE OF THE COUNTY COUNSEL
9                               CHARLES J. McKEE
                                County Counsel
10

11 DATED: June 12, 2007        By:/S/
                                  Frank G. Tiesen, Deputy County Counsel
12                                Attorneys for Defendant
                                  COUNTY OF MONTEREY
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            Stipulation Continuing
                                            Hearing on Cross-MSJs, etc.

**ORDER**

Having reviewed the foregoing stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing date on the Cross-Motions for Summary Judgment shall be and is hereby continued to August 10, 2007, at 9:00 a.m.

Dated: June _27_, 2007

*Ronald M. Whyte* _____

Hon. Ronald M. Whyte, Judge
United States District Court

_____
Stipulation Continuing
Hearing on Cross-MSJs, etc.

3