CHARLES J. McKEE  (#152458)
County Counsel
FRANK G. TIESEN  (#041147)
Deputy County Counsel
Office of the County Counsel
County of Monterey
168 West Alisal Street, Third Floor
Salinas, California  93901-2680
Telephone:  (831) 755-5045
Facsimile:   (831) 755-5283

RANDAL R. MORRISON  (#126200)
Sabine & Morrison
P.O. Box 531518
San Diego, California 92153-1518
Telephone:  (619) 234-2864
Facsimile:   (619) 342-4136
Email:       rrmatty@yahoo.com

Attorneys for Defendant
COUNTY OF MONTEREY

GARY S. MOBLEY, P.C. (#71984)
CASE, KNOWLSON, JORDAN & WRIGHT LLP
620 Newport Center Drive, Suite 280
Newport Beach, CA 92660
(949) 729-0700
(949) 729-0729 (fax)
E-mail: gmobley@ckjw.com

Attorneys for Plaintiff
STOTT OUTDOOR ADVERTISING

*E-FILED - 8/9/07*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| STOTT OUTDOOR ADVERTISING, a California general partnership,<br><br>              Plaintiff,<br><br>     v.<br><br>COUNTY OF MONTEREY, a political subdivision of the State of California,<br><br>              Defendant. | Case No. C-06-00891 RMW<br><br>**STIPULATION VACATING REMAINING DATES ON CASE MANAGEMENT CONFERENCE, AND REQUEST FOR ORDER THEREON**<br><br>Trial Date:  October 15, 2007<br>Time:          1:30 p.m.<br>Judge:        Ronald M. Whyte<br>Ctrm:         6, Fourth Floor |

## RECITALS

The hearing on the parties' Cross-Motions for Summary Judgment/Partial Summary Judgment is presently scheduled for August 10, 2007 (Dkt. 93). It was earlier contemplated that the hearing would be heard on May 18, 2007 (Dkt. 33). However, because of a series of events, *e.g.* non-expert discovery was to be completed by January 31, 2007, and was not actually completed until approximately February 28, 2007; the COUNTY retained co-counsel (Notice filed April 12, 2007, Dkt. 59) and Mediation originally to be completed by February 28, 2007, was not completed until May 5, 2007 (Mediator's Notice to Court; Dkt. entry following 63); the litigation has not proceeded as contemplated.

In addition, the Cross-Motions involve complex legal procedures and a significant volume of evidentiary documents have been filed. In the experience of counsel in similar cases, the Court commonly takes several months from the date hearing to render its decision. Cases are often resolved by the Court's decision on such motions. Further, it may be necessary to file an addition motion for summary judgment and/or a motion for reconsideration or clarification after the Court's decision on the present motions is rendered.

If a trial is needed, the parties have agreed to request the Court to sever the issues of liability from damages. This contemplates that Expert Witnesses need not be retained presently and Discovery would be held in abeyance, until the issue of liability has been completed. Relying on said agreement, COUNTY has not designated expert witnesses. By reason of the foregoing, the partes respectfully request that the remaining dates on the Court's Order on Case Management Conference be vacated and that the Court either order the parties to file a new Joint Case Management Conference Statement or order a continued Case Management Conference to be scheduled after the Court issues its Order(s) on the pending Motions.

## STIPULATION

Based on the foregoing, it is hereby stipulated by Gary S. Mobley, attorney for

1 Plaintiff and Petitioner STOTT OUTDOOR ADVERTISING, and Frank G. TIESEN, one
2 of the attorneys for Defendant and Respondent COUNTY OF MONTEREY, that the
3 remaining dates on the Court's Order on Case Management Conference be vacated and
4 that the Court either (I) order the parties to file a new Joint Case Management
5 Conference Statement after the Court issues its Order(s) on the pending Motions, or
6 (ii) schedule a continued Case Management Conference to be held after the Court issues
7 its Order(s) on the pending Motions.

                                      CASE, KNOWLTON, JORDAN
                                      & WRIGHT LLC

DATED: August 6, 2007         By: _____
                                      GARY S. MOBLEY
                                      Attorney for Plaintiff
                                      STOTT OUTDOOR ADVERTISING

                                      OFFICE OF THE COUNTY COUNSEL
                                      CHARLES J. McKEE
                                      County Counsel

DATED: August 6, 2007         By: _____
                                      FRANK G. TIESEN
                                      Deputy County Counsel
                                      Attorneys for Defendant
                                      COUNTY OF MONTEREY

**ORDER**

    Good cause appearing based on the foregoing facts, the remaining dates in the Court's Order on Case Management Conference are hereby vacated. The Court now orders:

    <u>X</u> The parties are ordered to file a new Joint Case Management Conference Statement within 15 days after the Court's Order(s) on the pending Motions is issued, and the parties shall notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to put this matter back on calendar.   (rmw)

1      ☐ a Case Management Conference shall be scheduled by the Court after the Court issues its Order(s) on the pending Motions.

DATED: August 9, 2007

*Ronald M. Whyte*
RONALD M. WHYTE, Judge
United States District Court