**E-FILED on** 3/10/2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STOTT OUTDOOR ADVERTISING, a California General Partnership,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MONTEREY, and DOES 1-100, inclusive,<br><br>    Defendants. | No. C-06-00891 RMW<br><br>JUDGMENT |

On March 10, 2009 a written order granting summary judgment in favor of the defendant on its motion for summary judgment was entered. Therefore,

IT IS HEREBY ORDERED that judgment be entered in favor of defendant County of Monterey and against plaintiff Stott Outdoor Advertising and that plaintiff take nothing by way of its complaint.

DATED:  3/10/2009

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT — No. C-06-00891 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Gary S. Mobley             gmobley@ckjw.com
Randal Ralph Morrison      rrmatty@yahoo.com

**Counsel for Defendant:**

Leslie John Girard         girardlj@co.monterey.ca.us

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**  3/10/2009                                TSF
                                          **Chambers of Judge Whyte**